UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

WOODFOREST NATIONAL BANK,

    Plaintiff,                                            CASE NO. 1:19-cv-25168

v.

FREEMAN ORTHODONTICS, P.A.
a Florida corporation, FREEMAN MOBILE
ORTHODONTICS, PLLC, a Florida
professional limited liability company,
INTERSTELLAR DISRUPTION LLC,
a New Mexico Limited Liability Company,
GOBIG.LY LLC, a Delaware limited
liability company, CHRISTOPHER FREEMAN,
individually, WAYNE PEARSON, individually,
and JEFFREY WILSON, individually,

    Defendants.
_____/

## SUGGESTION OF BANKRUPTCY

    Defendants FREEMAN ORTHODONTICS, P.A., FREEMAN MOBILE ORTHODONTICS, PLLC, INTERSTELLAR DISRUPTION LLC, and CHRISTOPHER FREEMAN, by and through undersigned counsel, file this Suggestion of Bankruptcy in the above-entitled proceeding, and state:

    1.    On May 17, 2020, voluntary petitions for relief under Chapter 11, Title 11 of the United States Bankruptcy Code were filed by Defendants Freeman Orthodontics, P.A., Freeman Mobile, Orthodontics, PLLC, Interstellar Disruption LLC, and Christopher Freeman in the United States Bankruptcy Court for the Southern District of Florida, under Case Nos. 20-15409-PGH, 20-15408-SMG, 20-15407-PGH, and 20-15413-SMG, respectively.

    2.    Pursuant to 11 U.S.C. § 362(a), the proceedings in this case are automatically stayed as to the Defendants.

    3.    The filing of this Suggestion of Bankruptcy is not intended to be a Notice of Appearance in this case by the undersigned.

I HEREBY CERTIFY that a true copy of this Suggestion of Bankruptcy was served via CM/ECF on those parties entitled to receive electronic service, listed below.

| | |
|---|---|
| Dated: May 17, 2020 | Respectfully Submitted,<br><br>Wernick Law, PLLC<br>*Bankruptcy Counsel for Debtors*<br>*Freeman Orthodontics, P.A.,*<br>*Freeman Mobile, Orthodontics, PLLC,*<br>*Interstellar Disruption LLC,*<br>*and Christopher Freeman*<br>2255 Glades Road, Suite 324A<br>Boca Raton, Florida 33431<br>(561)961-0922/(561)431-2474- fax<br><br>By: */s/Aaron A. Wernick*<br>Aaron A. Wernick, Esq.<br>Florida Bar No. 14059<br>awernick@wernicklaw.com |

Served via CM/ECF notice:

- Manuel Farach
Mfarach@mcglinchey.com,dhalperin@mcglinghey.com,ajairam@mcglinchey.com
- Peter James Maskow
pmaskow@mcglinchey.com,dtironi@mcglinchey.com
- Jason Paul Zielinski
jzielinski@zielinski-associates.com