UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-25168-BLOOM/Louis

WOODFOREST NATIONAL BANK,

    Plaintiff,
v.

FREEMAN ORTHODONTICS, P.A., *et al.*,

    Defendants.
_____/

**FINAL JUGDMENT**

Pursuant to the Order, ECF No. [59] granting in part and denying in part Plaintiff Woodforest National Bank's Motion for Summary Judgement, ECF No. [50], it is

**ORDERED AND ADJUDGED** as follows:

1. Final Judgment is entered in part in favor of Plaintiff, Woodforest National Bank, and against Defendants, Jeffrey Wilson and Wayne Pearson, in the amount of **$6,500,000.00** (the "Loan").[1] Plaintiff is entitled to pre-judgment interest on the Loan pursuant to the terms of the Guaranties, and post-judgment interest at the applicable statutory rate.

2. The Court reserves jurisdiction to enter such other and further orders as deemed proper, including motions for attorney's fees and costs.

---

[1] Capitalized terms bear the same definitions as those in the Guaranty of Payment and Performance, ECF No. [1-12] ("Wilson Guaranty"), and the Guaranty of Payment and Performance, ECF No. [1-13] ("Pearson Guarantee," collectively "Guaranties").

Case No. 19-cv-25168-BLOOM/Louis

**3.** As the Court has entered a **STAY** regarding the remaining Defendants, the Clerk shall **ADMINISTRATIVELY CLOSE** the case and Plaintiff shall be permitted to reopen the case once the stay is lifted in order to proceed as to the remaining Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 11, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of record