# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

WOODFOREST NATIONAL BANK,

    Plaintiff,

v.

FREEMAN ORTHODONTICS, P.A., a Florida corporation, FREEMAN MOBILE ORTHODONTICS, PLLC, a Florida professional limited liability company, INTERSTELLAR DISRUPTION LLC, a New Mexico limited liability company, GOBIG.LY LLC, a Delaware limited liability company, CHRISTOPHER FREEMAN, individually, WAYNE PEARSON, individually, and JEFFREY WILSON, individually,

    Defendants.
_____/

CASE NO. 1:19-cv-25168

## PLAINTIFF'S MOTION REQUESTING ORDER REQUIRING COMPLETION OF FACT INFORMATION SHEET

COMES NOW, Plaintiff, WOODFOREST NATIONAL BANK ("Woodforest") pursuant to Fed. R. Civ. P. 69(a)(2) and Fla. R. Civ. P. 1.560(b) and hereby requests that this Court order Defendants JEFFREY WILSON ("Wilson") and WAYNE PEARSON ("Pearson") to complete the Fla. R. Civ. P. Form 1.977 Fact Information Sheet and states as follows:

### BACKGROUND

1.    Woodforest filed its Complaint (D.E. 1) in this action on December 16, 2019 against Wilson, Pearson, FREEMAN MOBILE ORTHODONTICS, PLLC ("Freeman Mobile"), FREEMAN ORTHODONTICS, P.A. ("Freeman, P.A."), INTERSTELLAR DISRUPTION LLC ("Interstellar"), GOBIG.LY LLC ("Gobig.ly") (Freeman Mobile, Freeman, P.A., Interstellar, and

Gobig.ly are collectively referred to as the "Borrowers"), CHRISTOPHER FREEMAN ("Freeman") (Freeman, Pearson, and Wilson are, collectively, the "Guarantors").

2. On March 27, 2020, Pearson filed his Answer to the Complaint. (D.E. 36).

3. On March 31, 2020, Wilson filed his Answer to the Complaint. (D.E. 41).

4. On April 8, 2020 the Clerk of Court entered Judgment as to Gobig.ly. (D.E. 45). Plaintiff subsequently explained that the Borrowers are jointly and severally liable under the subject Loan and requested that the Court entered default final judgment against Gobig.ly upon resolution of liability of all Defendants. (D.E. 47).

5. On April 23, 2020, Woodforest filed its Motion for Summary Judgment. (D.E. 50).

6. On May 17, 2020, Defendants Freeman Mobile, Freeman, P.A., Interstellar, and Freeman filed a Suggestion of Bankruptcy with this Court. (D.E. 56).

7. On June 11, 2020 this Court entered Plaintiff's Motion for Summary Judgment as to the remaining, non-bankrupt Defendants, Pearson and Wilson. (D.E. 59).

8. On June 11, 2020, this Court entered Final Judgment in favor of Woodforest against Wilson and Pearson in the amount of $6,500,000.00 plus pre-judgment interest and post-judgment interest, and further reserving jurisdiction to enter further orders as may be proper, including for attorney's fees and costs. [D.E. 60].

9. Plaintiff now seeks to execute its Judgment against Pearson and Wilson, and in aid of that effort seeks to take discovery by having Pearson and Wilson complete Fla. R. Civ. P. Form 1.977, made applicable to this case through Fed. R. Civ. P. 69(a)(2), and to ensure its return to Plaintiff's counsel with supporting documents.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 69(a)(2) provides that "[i]n aid of the judgment or execution, the judgment creditor . . . may obtain discovery . . . as provided in these rules or by the procedure of the state where the court is located." Florida Rule of Civil Procedure 1.560(b) provides that "[i] n addition to any other discovery available to a judgment creditor under this rule, the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete form 1.977, including all required attachments, within 45 days of the order or such other reasonable time as determined by the court. Failure to obey the order may be considered contempt of court." Further, Courts in this District have recognized that Form 1.977 is made applicable to cases pending before them through Fed. R. Civ. P. 69. *See, e.g. Whitwam v. JetCard Plus, Inc.*, 304 F.R.D. 664, 666 (S.D. Fla. 2015); *Flava Works, Inc. v. A4A Reseau, Inc.*, No. 14-23208-CIV, 2015 U.S. Dist. LEXIS 186012, at *6 (S.D. Fla. July 20, 2015).

Here, Woodforest has obtained a Judgment against Pearson and Wilson, and wishes to secure the completion of Form 1.977 as permitted by Fla. R. Civ. P. 1.560 and Fed. R. Civ. P. 69. To that end, Woodforest requests that this Court enter an order requiring completion of the attached Exhibit 1, which is Form 1.977 adapted to this case's style. In addition, and as provided by Fla. R. Civ. P. 1.560(b), Woodforest seeks to have this Court order that the failure of Pearson and Wilson to complete and return the attached form may be considered contempt of Court.

**WHEREFORE,** pursuant to Fla. R. Civ. P. 1.560(b), made applicable to these proceedings through Fed. R. Civ. P. 69(a)(2), Woodforest requests that this Court issue an order to Wilson and Pearson to each complete the Fact Information Sheet attached hereto at Exhibit 1 and return it to Woodforest's counsel together with all supporting documents within 45 days of entry of such order, and to further provide that failure to obey such order may be considered contempt of Court.

**CERTIFICATION OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), counsel for Plaintiff contacted Mr. Pearson and Mr. Wilson prior to filing this motion via email on June 22, 2020 and June 23, 2020, at which point Mr. Pearson advised he preliminarily believed he intended to object, but needed through July 3, 2020 to confirm with Mr. Wilson. Counsel for Plaintiff agreed to provide the requested time for further review of their position on June 24, 2020, and never received any further indication from Mr. Pearson or Mr. Wilson. Having received no indication that their position has changed, therefore, Plaintiff's counsel believes that Mr. Pearson and Mr. Wilson still intend to oppose this Motion.

Respectfully submitted,

*/s/ Peter J. Maskow*
Manuel Farach, Esq.
Florida Bar No. 612138
Peter Maskow, Esq.
Florida Bar. No. 91541

McGLINCHEY STAFFORD, PLLC
1 East Broward Boulevard, Suite 1400,
Ft Lauderdale, Florida 33301
Tel.: (954) 356-2501 (main)
Fax: (954) 333-3846 (facsimile)
mfarach@mcglinchey.com
pmaskow@mcglinchey.com
ajairam@mcglinchey.com
dtironi@mcglinchey.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via the following manner this 8th day of July, 2020 to the parties below:

**Via CM/ECF**

Jason P. Zielinski, Esq.
ZIELINSKI & ASSOCIATES, P.A.
800 East Broward Blvd., Suite 702
Fort Lauderdale, FL 33301
jzielinski@zielinski-associates.com
*Counsel for Defendants Christopher Freeman,*
*Freeman Mobile Orthodontics PLLC, Freeman*
*Orthodontics, P.A. and Interstellar Disruption, LLC*

**VIA U.S. MAIL**

Wayne Pearson
19586 David Ford Road
Springdale, Arkansas 72764
*Defendant*

Gobig.ly LLC
c/o A Registered Agent, Inc.
8 The Green, Suite A
Dover, DE 19901
*Defendant*

Jeffrey Wilson
14385 Foothill Road
Golden, CO 80401
*Defendant*

    _/s/ Peter J. Maskow_
    Attorney