UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

WOODFOREST NATIONAL BANK,

    Plaintiff,

v.

FREEMAN ORTHODONTICS, P.A., a Florida corporation, FREEMAN MOBILE ORTHODONTICS, PLLC, a Florida professional limited liability company, INTERSTELLAR DISRUPTION LLC, a New Mexico limited liability company, GOBIG.LY LLC, a Delaware limited liability company, CHRISTOPHER FREEMAN, individually, WAYNE PEARSON, individually, and JEFFREY WILSON, individually,

    Defendants.
_____/

CASE NO. 1:19-cv-25168

## FACT INFORMATION SHEET

Full Legal Name: _____

Nicknames or Aliases: _____

Residence Address: _____

Mailing Address (if different): _____

Telephone Numbers: (Home) _____

(Business) _____

Name of Employer: _____

Address of Employer: _____

Position or Job Description: _____

Rate of Pay: $ _____ per _____.

Average Paycheck: $ _____ per _____.

Average Commissions or Bonuses: $ _____ per _____.

Commissions or bonuses are based on _____

Other Personal Income: $_____ from _____

(Explain details on the back of this sheet or an additional sheet if necessary.)

Social Security Number: _____ Birthdate: _____

Driver's License Number: _____ _____

Marital Status: _____ Spouse's Name: _____

********
*Spouse Related Portion*

Spouse's Address (if different): _____

Spouse's Social Security Number: _____ Birthdate: _____

Spouse's Employer: _____

Spouse's Average Paycheck or Income: $_____ per _____

Other Family Income: $_____ per _____

(Explain details on back of this sheet or an additional sheet if necessary.)

Describe all other accounts or investments you may have, including stocks, mutual funds, savings bonds, or annuities, on the back of this sheet or on an additional sheet if necessary.
********

Names and Ages of All Your Children (and addresses if not living with you): _____

_____

Child Support or Alimony Paid: $_____ per _____

Names of Others You Live With: _____

Who is Head of Your Household? You _____ Spouse _____ Other Person_____

Checking Account at:_____ Account # _____

Savings Account at: _____ Account # _____

For Real Estate (land) You Own or Are Buying: _____

Address: _____

All Names on Title:_____

Mortgage Owed to: _____

Balance Owed: _____

Monthly Payment: $ _____

(Attach a copy of the deed or mortgage, or list the legal description of the property on the back of this sheet or an additional sheet if necessary. Also provide the same information on any other property you own or are buying.)

For All Motor Vehicles You Own or Are Buying: _____

Year/Make/Model: _____ Color: _____

Vehicle ID #: _____Tag No: _____Mileage: _____

Names on Title: _____Present Value: $ _____

Loan Owed to: _____

Balance on Loan: $ _____

Monthly Payment: $ _____

(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or an additional sheet if necessary.)

Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? If your answer is "yes," describe the property, market value, and sale price, and give the name and address of the person who received the property.

Does anyone owe you money? _____Amount Owed: $ _____

Name and Address of Person Owing Money:_____

Reason money is owed: _____

Please attach copies of the following:

    a. Your last pay stub.

    b. Your last 3 statements for each bank, savings, credit union, or other financial account.

    c. Your motor vehicle registrations and titles.

    d. Any deeds or titles to any real or personal property you own or are buying, or leases to property you are renting.

    e. Your financial statements, loan applications, or lists of assets and liabilities submitted to any person or entity within the last 3 years.

    f. Your last 2 income tax returns filed.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_____
Judgment Debtor

STATE OF _____
COUNTY OF _____

Sworn to (or affirmed) and subscribed before me this _____ day of _____ (year) by (name of person making statement).

_____
Notary Public of Florida
My Commission expires:_____

Personally known _____ OR Produced Identification _____
Type of identification produced _____

**YOU MUST MAIL OR DELIVER THIS COMPLETED FORM, WITH ALL ATTACHMENTS, TO THE JUDGMENT CREDITOR OR THE JUDGMENT CREDITOR'S ATTORNEY, BUT DO NOT FILE THIS FORM WITH THE CLERK OF COURT.**