UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-25168-BLOOM/Louis

WOODFOREST NATIONAL BANK,

    Plaintiff,
v.

FREEMAN ORTHODONTICS, P.A., *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff Woodforest National Bank's Motion Requesting Order Requiring Completion of Fact Information Sheet, ECF No. [61], filed July 8, 2020. The same day, the Court entered a Paperless Order, ECF No. [62], requiring Defendants, Jeffrey Wilson and Wayne Pearson, to file an expedited response by July 15, 2020. To date, neither defendant has done so.

On June 11, 2020, the Court entered Final Judgment, ECF No. [60] against Wilson and Pearson in the amount of $6,500,000.00. *See id.* 1. Under Rule 69(a)(2), a "judgment creditor or a successor in interest . . . may obtain discovery from any person — including the judgment debtor — as provided in these rules or by the procedure of the state where the court is located." Plaintiff now seeks post-judgment discovery in the form of a Fact Information Sheet, Form 1.977 of the Florida Rules of Civil Procedure. *See* Mot. 3.

Under Local Rule 7.1(c) a party's failure to timely respond to a motion "may be deemed sufficient cause for granting a motion by default." Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff, Woodforest National Bank's Motion Requesting Order Requiring Completion of Fact Information Sheet, ECF No. **[61]**, is **GRANTED**.

Case No. 19-cv-25168-BLOOM/Louis

Defendants, Jeffrey Wilson and Wayne Pearson, shall complete the Fact Information Sheet, ECF No. **[61-2]**, and return the same to Plaintiff's counsel within ten (10) days of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 16, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record